## EASTERN SAVINGS BANK, FSB *v.* THOMAS CHARLES ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 32161) is denied.

*Thomas Charles*, pro se, in support of the petition.

*Robert J. Piscitelli*, in opposition.

Decided September 22, 2010